# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **DENA SIMS,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**WEST VALLEY ELEMENTARY SCHOOL,** *et al.***,**<br><br>      **Defendants.** | **JUDGMENT IN A CVIL CASE**<br><br>**Case No. 2:23-CV-731-DAK-DBP**<br><br>**Judge Dale A. Kimball**<br><br>**Magistrate Judge Dustin B. Pead** |

    Based on this court's July 16, 2024 Order Adopting & Affirming Magistrate Judge's Report and Recommendation, this action is dismissed without prejudice.

    DATED this 16th day of July 2024.

                                      BY THE COURT:

                                      DALE A. KIMBALL
                                      United States District Judge